**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendant,*
*Nevada Habilitation Center, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANORA RICHARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA HABILITATION CENTER, LLC, a Nevada limited liability company; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02079-MMD-EJY<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

Pursuant to LR IA 6-2 and 7-1, the parties, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on October 24, 2025, Defendant Nevada Habilitation Center, LLC ("Defendant" or "NHC"), filed a Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1331, 1367, 1391, 1441(a) and (c), and 1446 (Americans with Disabilities Act), 42 U.S.C. § § 12101 *et seq.* in this action;

WHEREAS, on October 31, 2025, Plaintiff LaNora Richard ("Plaintiff," and with Defendant, the "Parties") filed her Motion to Remand [ECF No. 5] ("Motion to Remand"), pursuant to 28 U.S.C. § 1447(c); and,

///

MAC: 18197-001 (#6109875.1)

WHEREAS, based upon Plaintiff's confirmation that all claims she is asserting in this action arise exclusively under Nevada state law, the Parties have come to an agreement to resolve the pending Motion to Remand and to preserve the Court's time and resources and the Parties' respective time and resources.

NOW, THEREFORE, the Parties hereby stipulate to the remand of these proceedings to the Eighth Judicial District Court of Nevada, in and for Clark County, Nevada and request all other pending deadlines be vacated.

Dated this 7th day of November, 2025

**GREENBERG GROSS LLP**

By: */s/ Marian L. Massey*
   Jemma E. Dunn, Esq.
   Nevada Bar No. 16229
   Matthew T. Hale, Esq.
   Nevada Bar No. 16880
   Marian L. Massey, Esq.
   Nevada Bar No. 14579
   1980 Festival Plaza Drive, Suite 730
   Las Vegas, NV 89135
   *Attorneys for Plaintiff*
   *LaNora Richard*

Dated this 7th day of November, 2025

**MARQUIS AURBACH**

By: */s/ Jared M. Moser*
   Nick D. Crosby, Esq.
   Nevada Bar No. 8996
   Jared M. Moser, Esq.
   Nevada Bar No. 13003
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Defendant*
   *Nevada Habilitation Center, LLC*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 12, 2025